IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PETRA McDERMOTT, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION FILE |
| v. | : |
| | : NO. 1:10-CV-03895-HTW-CCH |
| FAST CASH TITLE, LLC, and | : |
| GREGORY SOLSRUD, | : |
| | : |
| Defendants. | : |
| | : |

**FIRST AMENDMENT TO COMPLAINT**

COMES NOW PLAINTIFF, prior to the service of a responsive pleading, and amends her Complaint as follows:

I.

PLAINTIFF amends her Complaint by insertion of the following additional paragraphs following original paragraph 85:

- 1 -

## COUNT SEVEN: GEORGIA FAIR BUSINESS PRACTICES ACT

86. The defendants' actions constitute violations of Georgia's Fair Business Practices Act [hereinafter "GaFBPA"].

87. The defendant's violations include, but are not limited to, the following:

88. The use of unfair or deceptive acts or practices in the conduct of consumer transactions and consumer acts or practices in trade or commerce.

89. The violations were intentional.

90. All conditions precedent to asserting a claim under the GaFBPA, including giving written notice prior to asserting this claim, have occurred.

91. As a result of defendants' actions, Plaintiff is entitled to an award of 1) actual and general damages; 2) treble damages; 3) exemplary damages; 4) costs; and 5) a reasonable attorney's fee.

II.

FURTHER, PLAINTIFF amends her Complaint by amending the Prayers for Relief as follows:

**PRAYERS FOR RELIEF**

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS AS FOLLOWS:

1. That plaintiff be awarded statutory, actual, exemplary and treble damages;

2. That plaintiff be awarded the expenses of litigation including costs and a reasonable attorney fee;

3. That the Court declare each and every defense raised by defendant to be insufficient; and

4. That the Court grant such further and additional relief to the plaintiff as is just in the circumstances.

Respectfully submitted,

    **SKAAR & FEAGLE, LLP**

  by: /s/ Kris Skaar
    Kris Skaar
    Georgia Bar No. 649610
    krisskaar@aol.com
    Justin T. Holcombe
    Georgia Bar No. 552100
    jholcombe@skaarandfeagle.com
    P.O. Box 1478
    331 Washington Ave.
    Marietta, GA 30061-1478
    770 / 427-5600
    404 / 601-1855 fax


    James M. Feagle
    Georgia Bar No. 256916
    jimfeagle@aol.com
    108 East Ponce de Leon Avenue
    Suite 204
    Decatur, GA 30030
    404 / 373-1970
    404 / 601-1855 fax