IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PETRA McDERMOTT, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION FILE |
| | : NO. 1:10-CV-03895-HTW-CCH |
| FAST CASH TITLE, LLC, et al., | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW ALL PARTIES, pursuant to Fed.R.Civ.P 41(a)(1)(A)(ii), and pursuant to a settlement agreement between the parties, and stipulate that this action shall be dismissed with prejudice as to all claims.

Respectfully submitted,

FOR PLAINTIFF: SKAAR & FEAGLE LLP

by: /s/ Kris Skaar
Kris Skaar
Georgia Bar No. 649610
krisskaar@aol.com
P.O. Box 1478
331 Washington Ave.
Marietta, GA 30061-1478
770 / 427-5600
404 / 601-1855 fax

FOR DEFENDANT: **DELONG CALDWELL BRIDGERS & FITZPATRICK, LLC**

by: /s/ Kevin D. Fitzpatrick, Jr.
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375
kevin.fitzpatrick@dcbflegal.com
Suite 3100, Centennial Tower
101 Marietta St. NW
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (Fax)